STATE of Missouri, Respondent,

v.

Keith WILEY, Appellant.

No. 47195.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Denied May 17, 1984.

Application to Transfer Denied
June 19, 1984.

Debra Buie Arnold, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Defendant was convicted of burglary, second degree, a violation of § 569.170, RSMo.1978 and sentenced as a persistent offender to eight years imprisonment. He appeals. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).